UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANSELMO GALARZO, et al,<br>　　　　　　　Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1: 11-cv-01011-RWS |
| MULKEY ENTERPRISES, INC., et al<br>　　　　　　　Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure of Plaintiffs to follow a lawful order of this Court. Pursuant to LR 41.3(A)(2).

Dated at Atlanta, Georgia, this 29th day of November, 2011.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　s/ Traci Clements Campbell
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 29, 2011
James N. Hatten
Clerk of Court

By: s/Traci Clements Campbell
　　　　Deputy Clerk